ROBERT ESTRADA
F80827 Mule Creek State Prison
P.O. Box 409020
Ione, Ca. 95640

E-filing

People of the State of California,
    Plaintiff and Respondent,

Vs.

ROBERT ESTRADA,
    Appellant and Defendant,

No. H029824

REQUEST FOR EXTENSION OF TIME TO FILE WRIT OF HABEAS CORPUS

1386

JF

(PR)

TO PRESIDING JUSTICE OF THE FEDERAL COURT,
U.S. DISTRICT

Appellant's Writ of Habeas Corpus is due for filing on March 14, 2008. For the reason stated in the attached declaration, appellant respectfully request an extension of time until May 14, 2008.

Dated: 4/4/08

Respectfully submitted,

Robert Estrada
Attorney for Appellant

## DECLARATION OF ROBERT ESTRADA

I am the appellant for case # H029824. I am propria persona, incarcerated at Mule Creek State Prison as indiginent.

The record on appeal was filed, Jan. 26, 2006 to Dept. of Appeals for the Santa Clara Co. Superior Court.

That appellant Refiled a Writ of Habeas Corpus to the Court of Appeals, Sixth District, on March 6, 2006.

That Jean Matulis was appointed by the Court of Appeal under the Sixth District Appellate Program's Assisted-Case System.

That case # H029824 has exhausted the state proceedings and that appellant wishes to file a new Writ of Habeas Corpus to the United States Supreme Court as advised by Jean F. Matulis. (Exhibit L.))

I have not applied for any prior extensions in this case.

I have not been able to properly prepare my Writ of Habeas Corpus. That as of March 14, 2007 or around such time. I was preparing a defense for my trial case. I was convicted on June 6, 2007 and sentenced on July 14, 2007. That during my new reception at North Kern State Prison. I was not allowed access to law library and that I was transfered to Mule Creek State Prison on or near Sept. 27, 2007. That a 30 day Orientation period at M.C.S.P was required before I was allowed access to full facility privileges.

That appellant hear has given judicial notice to courts that a extension of statue of limitation is in effect.

Given the foregoing circumstances, I am compelled to request a 60 day extension of time.

I declare under penalty of perjury that foregoing is true and correct. Executed this 4TH day of March, 2008, at Mule Creek State Prison, California.

x ROBERT ESTRADA

PEOPLE Vs. ROBERT ESTRADA

H029824

ORDER

FOR GOOD CAUSE SHOWN, the time in which to file appellant's opening brief is extended to _____

_____
PRESIDING JUSTICE OF THE FEDERAL COURT

# PROOF OF SERVICE

I declare that I am over age of 18, my address is P.O. Box 409020, 4001 Highway 104, Ione, Ca. 95640. On the date shown below, I served the within REQUEST FOR EXTENSION OF TIME to the followin hereinafter named by:

CLERK c/o Justice OF THE FEDERAL COURT
450 GOLDEN GATE AVE.
San Francisco, Ca.
94102-3483

I declare under penalty of perjury the foregoing is true and correct.

Executed this 4TH day of March, 2007, at Ione, California.

x ROBERT ESTRADA

EXHIBIT L

**JEAN F. MATULIS**
Attorney at Law
P.O. Box 1237
Cambria, California 93428
Telephone: (805) 927-1990 - Fax: (805) 927-3461

## CONFIDENTIAL LEGAL MAIL

May 7, 2007

Mr. Robert R. Estrada
PID DNY 775
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA 95110

  RE: People v. Estrada; Court of Appeal No. H029824
     Santa Clara Superior Court No. CC593526

Dear Mr. Estrada,

  The California Supreme Court has denied your petition for review of the Court of Appeal decision previously finding you incompetent to stand trial. A copy of the order denying review dated March 14, 2007, is enclosed. I am now closing your case.

  Because you were subsequently found competent at Atascadero and returned to court to stand trial, your current custody may not be considered attributable to the lower court's decision on the competency issue. However, if you believe it affects your current custody, you may file a petition for writ of habeas corpus in the federal district. A copy of instructions and a form petition is also enclosed for your convenience. If you file any petition in a federal court, be sure to cite federal authority as in the briefs and petition for review. You may also wish to request the federal court to appoint counsel for you. Unlike proceedings in the state court, you are not automatically entitled to a free attorney in the federal court. You must request one and explain why you are not able to represent yourself.

  The address for the federal district court is:

United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Mr. Robert Estrada
People v. Estrada, Court of Appeal No. H029824
May 7, 2007
Page two

## CONFIDENTIAL LEGAL MAIL

Please be advised that the statute of limitations for filing a habeas petition in federal court is one year from the latest date of review of a person's state case. You must apply within one year plus 90 days that the California Supreme Court denied review of your case, which was March 14, 2007. Please see section 101 of Title 1 of Public Law 104-132, which can be found in Title 28 United States Code section 2244.

You must also be aware that all claims must be included in the original petition for writ of habeas corpus. Later petitions raising additional claims are generally not permitted. The limits on successor petitions are found in section 106 of Title 1, and this provisions also amends Title 28 United State Codes section 2244.

You also have the option of filing a Petition for Writ of Certiorari in the United States Supreme Court which must be filed within 90 days of the California Supreme Court's denial of review, which was March 14, 2007. A copy of a petition form and instructions prepared by the clerk of the Supreme Court is enclosed for your convenience.

In one of your letters, you mentioned that you had tried to speak during the competency proceedings, and the judge would not allow you to speak. Unfortunately, this was not reflected in the record. However, your trial counsel did advise me that the judge was aware that you did not want to be found incompetent. I called the court reporter to find out whether if other proceedings that had not been transcribed revealed that you had attempted to tell the court that you did not wish to be found incompetent, and I was told that they did not.

If you believe you were denied ineffective assistance of counsel, either on the trial court or appellate level, you must first raise such a claim in the California Supreme Court before it can be raised in the federal court. I am enclosing a state habeas corpus form that can be used for this purpose, or to exhaust any other additional state issue before proceeding to federal court.

I am sending you under separate cover a copy of all the transcripts from your trial in the current case which are now yours to keep. I am also re-sending you items

# ACCESS REQUEST FORM

| NAME: Estrada, Robert | CDC#: F80827 | BUILDING/CELL NUMBER: A-GYM 102U |
|---|---|---|
| TODAY'S DATE: 2-07-08 | ETHNICITY: (CHECK ONE) [ ]A [ ]B [✓]M [ ]O [ ]W | CUSTODY LEVEL A-1-A |

CHECK ONE:
[✓] GENERAL POPULATION LAW LIBRARY
[ ] AD/SEG LAW LIBRARY

| COURT DEADLINE: [✓] YES [ ] NO | IF YES, GIVE NAME OF COURT: Federal Courts |
|---|---|
| COURT DEADLINE DATE: 3-14-08 | CASE NUMBER: H029824 |

CHECK ONE:
[ ] DON'T WORK
[✓] WORK: RDO'S; [✓] MON [✓] TUES [✓] WED [✓] THURS [✓] FRI
            [✓] SAT [ ] SUN

*************DO NOT WRITE BELOW THIS AREA!*******************

[ ] HAS ATTORNEY         [✓] PRO-PER
[ ] LEGAL RESEARCH ONLY   FILING:

LIST DATE:            REVIEW DATE:

COMMENTS:

INFORMATION VERIFIED BY (STAFF SIGNATURE):

DATE:

LAW LIBRARY FORMS REV. 9-10-03

ROBERT ESTRADA
F-8627
MULE CREEK State Prison
PO BOX 409020
Ione, CA. 95640

Ag-102U

Legal Mail

✳ Confidential ✳

SACRAMENTO CA 957
05 MAR 2008 PM 3 L

United States Federal Court
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

Legal Mail

94102+3661