IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ESTRADA,  　　　　　　　　　　No C 08-1386 CRB (PR)

    Petitioner,  　　　　　　　　　　　　　ORDER OF DISMISSAL

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent(s).

    This habeas corpus action by a prisoner was filed on March 11, 2008. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    Nearly 60 days have elapsed; however, petitioner has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot.

    SO ORDERED.

Signed   May 9, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Estrada, R1.or1.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ESTRADA et al,

        Plaintiff,

v.

PEOPLE OF THE STATE OF CALIFORNIA et al,

        Defendant.
                                           /

Case Number: CV08-01386 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Estrada F80827
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: May 12, 2008

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk